Opinion filed September 15, 2022



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00217-CV

_____

## MARTIN WATER MIDSTREAM, LLC AND CORSICAN HOLDINGS, LLC, Appellants

## V.

## STRAIN FAMILY LIMITED PARTNERSHIP; EJCM STRAIN, L.L.C.; EDD HOMAN STRAIN; CADDO OAKS, L.L.C.; JERRY DELL HAGGERTON; LARRY STRAIN; AND COMMODORE MIDSTREAM PARTNERS, LLC, Appellees

**On Appeal from the 118th District Court**

**Martin County, Texas**

**Trial Court Cause No. 7842**

## MEMORANDUM OPINION

Appellants, Martin Water Midstream, LLC and Corsican Holdings, LLC, have filed in this court an unopposed motion to dismiss this interlocutory appeal. In the motion, Appellants state that they have decided not to pursue their appeal from the

trial court's denial of their application for a temporary injunction. Appellants also state that the parties have agreed to bear their own costs. *See* TEX. R. APP. P. 42.1(a)(1), (d).

Accordingly, we grant Appellants' unopposed motion and dismiss this appeal.

PER CURIAM

September 15, 2022

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.